# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4007
_____

ISSAC J. TILLMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

April 22, 2019

PER CURIAM.

    The Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed. Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

RAY, OSTERHAUS, and WINOKUR, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Issac J. Tillman, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.